ALISON K. BEANUM, State Bar No. 221968
*alison.beaum@clydeco.us*
DOUGLAS J. COLLODEL, State Bar No. 112797
*douglas.collodel@clydeco.us*
VEENA A. MITCHELL, State Bar No. 161153
*veena.mitchell@clydeco.us*
CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile:  (213) 358-7650

Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY and individual defendants
(see complete list of individual defendants on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA RAVENWOOD, | Case No. 3:23-cv-06487-RS |
| Plaintiff, | Hon. Richard Seeborg |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her official capacity; TOM JACKSON, JR., President of California State Polytechnic University, Humboldt, in his official capacity; and DOES 1-10, | Trial Date: None set |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Alyssa Ravenwood ("Plaintiff") and Defendant Board of Trustees of the California State University, as well as Defendants Mildred Garcia and Tom Jackson Jr. in their official capacity (collectively "Defendants") hereby agree and stipulate as follows:

/ / /

1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. Plaintiff filed a Complaint in this action on December 15, 2023.  (ECF No. 1.)

2. Plaintiff served Defendants with the Complaint on January 3, 2024.  (ECF Nos. 12 & 13.)

3. Defendants' response to the Complaint is presently due by January 23, 2024.

4. Defendants have requested and Plaintiff has agreed to stipulate to extend the time for Defendants to respond to the Complaint to February 9, 2024.

5. The parties have not entered into any prior stipulations for an extension of time to respond to the Complaint in this action.

6. NOW, THEREFORE, it is hereby stipulated by and among Plaintiff and Defendants, through their counsel of record, that Defendants shall have until February 9, 2024, to respond to the Complaint in this action.

**IT IS SO STIPULATED.**

Dated:  January 18, 2024

CLYDE & CO US LLP

By:  */s/ Alison K. Beanum*
Alison K. Beanum
Douglas J. Collodel
Veena A. Mitchell
Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, which is the State of California acting in its higher education capacity; MILDRED GARCIA, Chancellor of California State University, in her official capacity; TOM JACKSON, JR., President of California State Polytechnic University, Humboldt, in his official capacity

Dated:  January 18, 2024

REIN & CLEFTON

By:  */s/ Aaron M. Clefton*
Aaron M. Clefton
Attorneys for Plaintiff
ALYSSA RAVENWOOD

CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600

**SIGNATURE ATTESTATION**

Pursuant to Northern District of California Local Rule 5-1, I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 18, 2024  CLYDE & CO US LLP

By: */s/ Alison K. Beanum*
Alison K. Beanum
Douglas J. Collodel
Veena A. Mitchell
Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, which is the State of California acting in its higher education capacity; MILDRED GARCIA, Chancellor of California State University, in her official capacity; TOM JACKSON, JR., President of California State Polytechnic University, Humboldt, in his official capacity