Catherine Cabalo (SBN 248198)
Khushpreet Mehton (SBN 276827)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 840-9435
ccabalo@peifferwolf.com
kmehton@peifferwolf.com

Irakli Karbelashvili (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave. Ste. F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Facsimile: (408) 295-0142
irakli@allaccesslawgroup.com

Aaron M. Clefton, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
info@reincleftonlaw.com

*Attorneys for Plaintiff Alyssa Ravenwood*

*Defense counsel listed after caption*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSSA RAVENWOOD,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA, Chancellor of California State University, in her official capacity; TOM JACKSON, JR., President of California Polytechnic University, Humboldt, in his official capacity; and Does 1-10,<br><br>Defendants. | CASE NO. 3:23-cv-06487-RS<br><u>Civil Rights</u><br><br>**STIPULATED DISMISSAL OF ACTION AND [PROPOSED] ORDER**<br>**[F.R.C.P. Rule 41]**<br><br>Complaint Filed: December 15, 2023 |

ALISON K. BEANUM, State Bar No. 221968
alison.beanum@clydeco.us
DOUGLAS J. COLLODEL, State Bar No. 112797
douglas.collodel@clydeco.us
VEENA A. MITCHELL, State Bar. No. 161153
veena.mitchell@clydeco.us
CLYDE & CO US LLP

---

1
STIPULATED DISMISSAL OF ACTION AND [PROPOSED] ORDER
Case NO. 3:23-cv-06487-RS

355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600
Facsimile: (213) 358 7650

*Attorneys for Defendants*
*BOARD OF TRUSTEES OF*
*THE CALIFORNIA STATE UNIVERSITY*
*and Individual Defendants listed in Caption above.*

Plaintiff Alyssa Ravenwood and Defendants Board of Trustees of the California State University; Mildred Garcia, Chancellor of California State University, in her official capacity; and Tom Jackson, Jr., President of California State Polytechnic University, Humboldt, in his official capacity (collectively, the "Parties") have settled this matter and seek to dismiss it in full. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties respectfully stipulate to dismiss this matter with prejudice, with the Court to retain jurisdiction over the parties and the action until June 19, 2026, or until all injunctive reliefs described in the Court Enforceable Settlement Agreement and General Release, Docket No. 28 are completed, and the Plaintiff is notified, whichever occurs later. Each party will bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED: December 26, 2024         PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

*/s/ Catherine Cabalo*
By: Catherine Cabalo
Attorneys for Plaintiff
ALYSSA RAVENWOOD

DATED: December 26, 2024         CLYDE & CO US LLP

*/s/ Alison K. Beanum*
By: Alison K. Beanum
Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; MILDRED GARCIA; AND TOM JACKSON, JR.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on December 26, 2024, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Alison K. Beanum in the filing of this document.

DATED: December 26, 2024                    PEIFFER WOLF CARR KANE CONWAY & WISE, LLP

*/s/ Catherine Cabalo*
By: Catherine Cabalo
Attorneys for Plaintiff
ALYSSA RAVENWOOD

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and for good cause shown, **IT IS SO ORDERED**.

DATED: _____, 2024         _____
                                    The Honorable Richard Seeborg
                                    UNITED STATES CHIEF DISTRICT JUDGE